PROB 12B
(7/93)

# UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TEXAS

**FILED**
May 27, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____SAF_____
DEPUTY

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Oyuki Maribel Espitia | Case Number: 5:24-CR-00480 XR |
| Name of Sentencing Judicial Officer: Honorable David Counts, United States District Judge | |
| Date of Original Sentence: September 18, 2024 | |
| Original Offense: **Count 1**: Conspiracy to Conspiracy to Possess With Intent to Distribute Cocaine, in violation of 21 U.S.C. § 841 and 846; **Count 2**: Possession of Cocaine With Intent to Distribute, in violation of 21 U.S.C. § 841 | |
| Original Sentence: **Count 1 and 2**: Thirty-Seven (37) months imprisonment and Five (5) years supervised release | |
| Type of Supervision: Supervised Release | Date Supervision Commenced: August 8, 2024 |

#### PREVIOUS COURT ACTION

On September 18, 2024, jurisdiction was transferred from the Del Rio Division to the San Antonio Division.

#### PETITIONING THE COURT

☐ To extend the term of supervision __ years, for a total of __ years.
☒ To modify the conditions of supervision as follows:

**The defendant shall pay the entire amount of the special assessment and fine at a rate of no less than $50 per month, due by the third day of each month beginning immediately. The Court imposed payment schedule shall not present statutorily authorized collection efforts by the U.S. Attorney. The defendant shall cooperate fully with the U.S. Attorney and the U.S. Probation Office to make payment in full as soon as possible.**

#### CAUSE

Ms. Espitia is a Criminal History Category of I. She has prior arrests as a juvenile and as an adult was arrested for Failure to Identify to a Police Officer and Possession of Marijuana. She has prior substance abuse history of alcohol and marijuana. Ms. Espitia completed substance abuse treatment with Lifetime Recovery.

The offender commenced her supervised release on August 8, 2024. She has not made a payment since her release, however while in custody she made a $25 payment toward the Special Assessment fee. The offender has been able to maintain residence and employment. She is currently residing with her adult daughter and daughter's boyfriend and recently started full time employment with Jan Pro.

Oyuki Maribel Espitia
5:24-CR-00480
May 23, 2025
Page 2

The U.S. Probation Officer respectfully recommends that the Court impose a payment plan of $50 monthly. This payment amount will allow the probation officer to monitor her compliance in making payments efficiently.

Approved:                                                          Respectfully submitted,

*Corrina F. Lopez*                                                 *Cynthia Gonzalez*

Corrina Lopez                                                      Cynthia A. Gonzalez
Supervising U.S. Probation Officer                                 Senior U.S. Probation Officer
Telephone: (210) 472-6590, Ext. 5342                               Telephone: (210) 472-6590, Ext. 5379
                                                                   Date: May 23, 2025

cc:   Brenda Trejo-Olivarri
      Assistant Deputy Chief U.S. Probation Officer

      Eric Fuchs
      Assistant U.S. Attorney

THE COURT ORDERS:

☐ None.

☐ The extension of supervision as noted above.

☒ The modification of conditions as noted above.

☐ Other _____


                                                    _____
                                                            XAVIER RODRIGUEZ
                                                            U.S. District Judge

                                                    _____May 27, 2025_____
                                                                Date

49

United States District Court
Western District of Texas

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision.

The defendant shall pay the entire amount of the special assessment and fine at a rate of no less than $50 per month, due by the third day of each month beginning immediately. The Court imposed payment schedule shall not prevent statutorily authorized collection efforts by the U.S. Attorney. The defendant shall cooperate fully with the U.S. Attorney and the U.S. Probation Office to make payment in full as soon as possible.

Witness: _____
Cynthia Gonzalez
U.S. Probation Officer

Signed: _____
Oyuki M. Espitia
Probationer or Supervised Releasee

Date: May 22, 2025